# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| ALICE GUILLEN, § | |
| Plaintiff, § | |
| v. § | No. 3:16-CV-1397-D |
| NANCY A. BERRYHILL, Acting § | |
| Commissioner of Social Security, § | |
| Defendant. § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, the final decision of the Commissioner is reversed and remanded for further proceedings consistent with the magistrate judge's findings, conclusions and recommendation.

**SO ORDERED**.

September 18, 2017.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE